**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LIEN, et al., <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. <br> _____ | Docket No. CV09-2768 GW (AJWx) <br><br> Assigned to the <br> Hon. George H. Wu <br> Courtroom 10 <br><br> **JUDGMENT** <br><br> Complaint Filed: April 2, 2009 |

/ / /

/ / /

/ / /

*MacGregor &*
*Berthel*

1  This action came on for hearing before this Court in Courtroom 10 on April
2  5, 2010, the Honorable George H. Wu, District Judge Presiding, on a Motion for
3  Summary Judgment, and the evidence presented having been fully considered, the
4  issues having been duly heard and a decision having been duly rendered,

5  **IT IS ORDERED ADJUDGED AND DECREED** that the Plaintiffs take
6  nothing by way of their Second Amended Complaint, and that the within action be
7  dismissed on the merits and that Defendant Allstate Insurance Company recover its
8  costs, as well as any previously monetary sanctions awarded by the Honorable
9  Andrew J. Wistrich, in this action.

10
11  DATED: May 3, 2010                     _____
12                                         **The Honorable George H. Wu**
13                                         United States District Court
                                           Central District of California
14                                         **United States District Judge**

15
16
17
18
19
20
21
22
23
24
25
26
27
28